## HARPER *v.* LEE.

APPEAL from the District Court of Madison, *Curry*, J. This case presented the same question as the case of *Harper v. Stanbrough, suprâ*, and was argued at the same time, the counsel being the same in both. The judgment of the court was pronounced by

EUSTIS, C. J. For the reasons assigned in the case of *Harper v. Stanbrough*, the judgment of the District Court is affirmed, with costs.